

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jorge Aguirre and Argelia Aguirre,     * From the 244th District
    Court of Ector County,
    Trial Court No. C-136,403.

Vs. No. 11-14-00168-CV     * May 19, 2016

Nalleli Pompa,     * Memorandum Opinion by Wright, C.J.
    (Panel consists of: Wright, C.J.,
    Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Jorge Aguirre and Argelia Aguirre.